IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMANUEL DIAZ DE LEON, ET AL., | § <br> § <br> § |
| Plaintiffs, | § <br> § |
| vs. | §    CAUSE NO. 6:12-CV-327 <br> § |
| FLAVOR & FRAGRANCE SPECIALTIES, INC., | § <br> § <br> § |
| Defendant. | § <br> § <br> § |

## ORDER

Pursuant to the parties' Agreed Stipulation of Dismissal (Docket No. 392), the Court hereby enters Final Judgment. On April 10, 2012, five Plaintiffs filed suit against four Defendants in the 241st Judicial District Court of Smith County, Texas. Docket No. 1 at 1. Defendants removed the case to this Court on May 15, 2012. *Id.* Since that time, all pending claims have been dismissed by the parties.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing pursuant to this Final Judgment and that all pending motions are **DENIED AS MOOT**. Except as otherwise provided by previous Court Order, all costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 30th day of October, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**